Peter F. McAndrews (SBN 44569)
Stephanie E. Allen (SBN 96861)
McAndrews, Allen & Matson, PC
3110 Main Street, Suite 210
Santa Monica, California 90405
Tel: 310.260.8750
Fax: 310.451.3858
Email: pfm@mamlawfirm.com
       sea@mamlawfirm.com

Carol A. Sobel (SBN 84483)
Law Office of Carol A. Sobel
3110 Main Street, Suite 210
Santa Monica, California 90405
Tel: 310 393-3055
Email: carolsobel@aol.com

Attorneys for Defendant John Lannan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE COMPANY AS RECEIVER FOR FIRST BANK OF BEVERLY HILLS,<br><br>Plaintiff,<br><br>v.<br><br>LARRY B. FAIGIN, CRAIG KOLASINSKI, ERIC ROSA, ANNETTE VECCHIO, HOWARD AMSTER, WILLIAM D. KING, STEPHEN GLENNON, ROBERT KANNER, KATHLEEN KELLOGG AND JOHN LANNAN,<br><br>Defendants. | Case No. CV 12-03448 DDP (CWx)<br><br>**DEFENDANT JOHN LANNAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**REQUEST FOR JUDICIAL NOTICE CONCURRENTLY FILED**<br><br>Date:      November 5, 2012<br>Time:     10:00 a.m.<br>Crtrm.:   3  (Hon. Dean D. Pregerson) |

1  Notice is hereby given that, on November 5, 2012, at 10:00 a.m. in Courtroom
2  3 of the United States District Court for the Central District of California, the
3  Honorable Dean Pregerson, district judge presiding, defendant John Lannan will
4  move the Court pursuant to Federal Rules of Civil Procedure 12(b)(6) for an order
5  dismissing the First Amended Complaint ("FAC") as against him without leave to
6  amend for failure to state a claim upon which relief can be granted.
7  The motion is based on the grounds that the First, Second and Third Claims in
8  the FAC fail to state a claim upon which relief can be granted against defendant
9  LANNAN as a director of the former First Bank of Beverly Hills. The FAC alleges
10 no facts that establish conflict of interest, fraud, oppression, or corruption on the part
11 of LANNAN, or a complete abdication of corporate responsibility by him. The FAC
12 accordingly does not overcome California Corporations Code §309, California's
13 Business Judgment Rule, and therefore fails to state a claim. The FAC alleges no
14 facts against Lannan that can defeat the provisions of California Corporations Code
15 §310, setting for the standards for a conflict of interest for corporate directors.
16 The motion is based upon this notice of motion and motion, the
17 memorandum filed herewith, the request for judicial notice filed herewith, any
18 further papers as may be filed in connection with this motion or at oral argument on
19 the motion, and all the pleadings and record filed in this action.
20 Defendant Lannan joins in the Motion to Dismiss filed by the other Outside
21 Directors in this matter as to the Second and Third Claims for Relief.

Dated: September 4, 2012

McAndrews, Allen & Matson
Law Office of Carol A. Sobel
/s/
By: Carol A. Sobel
Attorneys for Defendant Lannan

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served this day on all counsel of record in this action. The service was done by the Court's Electronic Court Filing ("ECF") system.

Dated: September 4, 2012

_____/s/_____
CAROL A. SOBEL