1 | Gregory P. O'Hara, CA Bar No. 131963
2 | gohara@nixonpeabody.com
  | Marcie Keenan Farano, CA Bar No. 177939
3 | mfarano@nixonpeabody.com
4 | Jessica E. Intrator, CA Bar No. 272360
  | jintrator@nixonpeabody.com
5 | NIXON PEABODY LLP
6 | 2 Palo Alto Square
7 | 3000 El Camino Real, Suite 500
  | Palo Alto, California 94306
8 | Telephone: (650) 320-7700
9 | Fax: (650) 320-7701

10 | Kathleen M. Balderston (admitted *pro hac vice*)
11 | kbalderston@nixonpeabody.com
   | Kristin M. Jamberdino (admitted *pro hac vice*)
12 | kjamberdino@nixonpeabody.com
13 | NIXON PEABODY LLP
14 | 437 Madison Avenue
   | New York, New York 10022
15 | Telephone: (212) 940-3000
16 | Fax: (212) 940-3111

17 | Attorneys for Plaintiff
18 | FEDERAL DEPOSIT INSURANCE CORPORATION
19 | AS RECEIVER FOR FIRST BANK OF BEVERLY HILLS

20 | [Additional counsel listed on signature pages]

21

                UNITED STATES DISTRICT COURT
22              CENTRAL DISTRICT OF CALIFORNIA
23                     WESTERN DIVISION

24 | FEDERAL DEPOSIT INSURANCE        | CASE NO. CV12 03448 DDP
25 | CORPORATION AS RECEIVER FOR      | (CWx)
   | FIRST BANK OF BEVERLY HILLS,     |
26 |                                  | **STIPULATION OF DISMISSAL**
27 |                    Plaintiff,    | **WITH PREJUDICE PURSUANT**
   |                                  | **TO F.R.C.P. 41(a)(1)(A)(ii)**
28 |          v.                      |

The Honorable Dean D. Pregerson

LARRY B. FAIGIN, *et al.*,

                    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

                    Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through their designated counsel, HEREBY STIPULATE AND AGREE to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.  Each party shall bear its own attorneys' fees and costs.

DATED:  February 2, 2015

                              Respectfully submitted,

                              **NIXON PEABODY LLP**

                              /s/ GREGORY P. O'HARA
                              Gregory P. O'Hara
                              *Attorneys for Plaintiff*
                              FEDERAL DEPOSIT INSURANCE
                              CORPORATION AS RECEIVER FOR FIRST
                              BANK OF BEVERLY HILLS

        Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**KILPATRICK TOWNSEND &
STOCKTON LLP**

/s/ DAVID COX
David Cox
Emil W. Herich
*Attorneys for Defendant*
HOWARD AMSTER

**NAGLER & ASSOCIATES**

/s/ LAWRENCE H. NAGLER
Lawrence H. Nagler
*Attorneys for Defendants*
LARRY B. FAIGIN, STEPHEN GLENNON,
WILLIAM KING, ROBERT KANNER,
KATHLEEN KELLOGG

**MCANDREWS ALLEN & MATSON, PC**

/s/ PETER F. MCANDREWS
Peter F. McAndrews

Carol A. Sobel
**LAW OFFICES OF CAROL A. SOBEL**
*Attorneys for Defendant*
JOHN J. LANNAN

**MANATT, PHELPS & PHILLIPS, LLP**

/s/ JOHN F. LIBBY
John F. Libby
*Attorneys for Defendant*
ANNETTE VECCHIO

**CALDWELL LESLIE & PROCTOR, PC**

/s/ DAVID K. WILLINGHAM
David K. Willingham
*Attorneys for Defendant*
CRAIG KOLASINSKI


**HOLLAND & KNIGHT LLP**

/s/ JOEL M. ATHEY
Joel M. Athey
*Attorneys for Defendant*
ERIC ROSA